EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

TRACY A. HINO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 4 2002

at __ o'clock and __ min. __ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR02-00162 HG |
| Plaintiff, ) | INDICTMENT |
| vs. ) | 42 U.S.C. §§ 408(a)(4) and 408(a)(5) |
| RODNEY PETER KAHANA, ) | |
| Defendant. ) | |

INDICTMENT

COUNT 1

The Grand Jury charges that:

From on or about May 1, 1997, to in or about April 2001, within the District of Hawaii, RODNEY PETER KAHANA, having knowledge of the occurrence of an event affecting his continued right to receive Social Security insurance survivors benefit payments for the use and benefit of his minor daughter on whose

behalf he was receiving payments, knowingly and willfully concealed and failed to disclose such event with the intent to fraudulently secure payment when no payment was authorized to him.

In violation of Title 42 United States Code, Section 408(a)(4).

### COUNT 2

The Grand Jury further charges that:

From on or about May 1, 1997, to in or about April 2001, within the District of Hawaii, RODNEY PETER KAHANA, having made application to receive Social Security insurance survivors benefit payments for the use and benefit of his minor daughter and having received such payments, knowingly and willfully converted such payments, and any part thereof, to a use other than for the use and benefit of his minor daughter.

In violation of Title 42 United States Code, Section 408(a)(5).

DATED: _____4/24_____, 2002 at Honolulu, Hawaii.

A TRUE BILL

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

_____
TRACY A. HINO
Assistant U.S. Attorney

United States v. Rodney Peter Kahana,
"Indictment"